ALEXANDER BREYTMAN, Appellant, v OLINVILLE REALTY, LLC, et al., Respondents.

Submitted March 23, 2009; decided June 11, 2009

Motion for leave to appeal from the Appellate Division order denying reargument or leave to appeal to the Court of Appeals dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution. Motion to enlarge the record denied.